FILED
4/25/17 2:52 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF
PENNSYLVANIA

| | |
|---|---|
| In RE:<br>JAMES N. DOMAN and SHARON A.<br>DOMAN, his wife<br>　　　　　　　Debtors<br>PEOPLES NATURAL GAS COMPANY,<br>LLC<br>　　　　　　　Movant,<br>　　　vs.<br>JAMES N. DOMAN and SHARON A.<br>DOMAN, his wife, and RONDA J.<br>WINNECOUR, ESQUIRE, Trustee<br>　　　　　　　Respondents. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)　　BANKRUPTCY CASE NO. 15-20763<br>　　Related to Dkt. No. 52<br>　　CHAPTER 13<br>　　Hearing:  May 17, 2017 at 10:00 a.m. |

## MODIFIED DEFAULT ORDER

AND NOW, to-wit, this    25th    day of    April,    2017, upon Motion of the
Peoples Natural Gas Company, LLC, service of the same upon Debtors and Debtors' Counsel
and failure of the same to Object or Respond, it is hereby ORDERED, ADJUDGED and
DECREED  that:

1.	The Debtors have failed to pay their utility bills and/or security deposit to the
Peoples Natural Gas Company, LLC as and when they became due post petition.  The Peoples
Natural Gas Company, LLC is entitled to be paid for this administrative claim and either to
terminate utility service to the Debtors or be granted adequate assurance of future payment.
The administrative claim is allowed in the amount of $602.85.

2.	The Court finds that continued utility service is necessary for an effective
reorganization by the Debtors.   Therefore, the administrative claims of the Peoples Natural Gas
Company, LLC as set forth in the foregoing Motion are hereby allowed and are to be paid
through the Chapter 13 Plan.  In addition, as further adequate assurance of payment, the Debtors
are hereby ordered to hereafter make the monthly budget payment for utility service provided by
Peoples Natural Gas Company, LLC through the Trustee as part of the Chapter 13 Plan.  The
budget payment as of the date of this Order is $90.00.

3.	In order to pay the combined administrative claims and ongoing budget of the
Peoples Natural Gas Company, LLC, the Plan payment must be increased.   Distribution to
Peoples Natural Gas Company, LLC must begin effective beginning in June of 2017.

4.      To provide for the claims allowed in this Order, and to provide the ongoing budget as adequate assurance, the sum of $107.22 shall be distributed to the Movant, the Peoples Natural Gas Company, LLC over the life of the Plan, and shall be paid at priority level three (3). The Trustee is hereby authorized and directed to make immediate interim distribution of the funds due to the Peoples Natural Gas Company, LLC.

5.      If the ongoing budget required to maintain utility service to the Debtors should increase significantly, the monthly amount due on this long term continuing debt may be amended by Peoples Natural Gas Company, LLC in accord with its usual procedures upon notice to the Debtors or their attorney and the Chapter 13 Trustee.   Whatever sums may remain due on the post petition account once this case has concluded will not be discharged, and remain the liability of the Debtors.

6.      If the counsel for the Debtors has not consented to the Order by signing below, this Order is entered by Default subject to the Debtors' right to seek reconsideration of this Order, by written Motion, within twenty (20) days of the date of this Order.

7.      Unless reconsideration of this Order is timely sought, the Debtor's counsel or the Debtor are hereby ordered to file an amended plan including Peoples Natural Gas Company, LLC as set forth in this Order within fifteen (15) days of the date of this Order.  Debtor's counsel or Debtor shall simultaneously file an amended wage order which shall be in the amount required by the amended plan.

8.      The debtor's post petition account number is xxxxxxxx4248.

9.      Movant shall serve a copy of this Order on respondent(s), their counsel, the Trustee and U.S. Trustee.  Movant shall file a certificate of service within 3 days hereof.

Prepared by:  S. James Wallace, Esq.

**DEFAULT ENTRY**

Dated: April 25, 2017

_____
Gregory L. Addonio                cgt
United States Bankruptcy Judge

Case Administrator to serve:  S. James Wallace, Esq.

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                        Case No. 15-20763-GLT
James N. Doman                                                Chapter 13
Sharon A. Doman
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-2         User: mgut            Page 1 of 1          Date Rcvd: Apr 25, 2017
                             Form ID: pdf900       Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2017.
db/jdb          +James N. Doman,   Sharon A. Doman,   3207 Duquesne Ave,   West Mifflin, PA 15122-1466

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                   TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 27, 2017                                   Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 25, 2017 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Quicken Loans Inc. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Lawrence W. Willis    on behalf of Joint Debtor Sharon A. Doman help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Debtor James N. Doman help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;cabbott@ecf.courtd
           rive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                           TOTAL: 10
```