## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-20763-GLT |
| | : | |
| James N. Doman and | : | Chapter 13 |
| Sharon A. Doman, | : | |
| Debtors | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, certify under penalty of perjury that I served the *Order Dated June 5, 2017 (Order Setting Hearing on Amended Plan), Notice of Proposed Modification to Confirmed Plan, and Amended Plan Dated June 2, 2017* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated June 6, 2017            Executed by:   /s/ Lawrence W. Willis
                                             Lawrence W. Willis, Esquire
                                             Willis & Associates
                                             201 Penn Center Blvd
                                             Pittsburgh, PA 15235
                                             Tel: 412.825.5170
                                             Fax: 412.823.2375

MATRIX

James & Sharon Doman
3207 Duquesne Avenue
West Mifflin, PA 15122

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Ally Financial
PO Box 380901
Minneapolis, MN 55438

COMENITY BANK/ANNTYLR
PO Box 182789
Columbus, OH 43218

COMENITY BANK/NWYRK&CO
PO Box 182789
Columbus, OH 43218

CONCORD SERVCING CORP
4150 N Drinkwater BlvdSTE 200
Scottsdale, AZ 85251

Credit Collection Servic
PO Box 9134
Needham Heights, MA 02494

Credit Management Company
2121 Noblestown Rd
Pittsburgh, PA 15205

Enhanced Recovery Co
PO Box 57547
Jacksonville, FL 32241

IC Systems Collections
PO Box 64378
Saint Paul, MN 55164

Kohls/Chase
PO Box 3115
Milwaukee, WI 53201

PENNSYLVANIA ST EMP C U
PO BOX 67013
Harrisburg, PA 17106

PNC Bank
2730 Liberty Ave
Pittsburgh, PA 15265

Porfolio Recovery Assocaites
120 Corporate Boulevard Suite 100
Norfolk, VA 23502

State Collection Service
2509 S Stoughton
Madison, WI 53716

THE HOME DEPOT/CBNA
PO BOX 6497
Sioux Falls, SD 57117

Verizon Wireless
500 Technology Dr
Weldon Spring, MO 63304

West Mifflin Borough
3000 Lebanon Church Road
West Mifflin, PA 15122