**Form 149**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James N. Doman**
**Sharon A. Doman**
    Debtor(s)

Bankruptcy Case No.: 15–20763–GLT
Issued Per 7/6/2017 Proceeding
Chapter: 13
Docket No.: 69 – 61
Concil. Conf.: July 6, 2017 at 11:30 AM

## ORDER OF COURT CONFIRMING PLAN AS MODIFIED
## AND SETTING DEADLINES FOR CERTAIN ACTIONS

### (1.)  PLAN CONFIRMATION:

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated June 2, 2017 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

☑  A.    For the remainder of the Plan term, the periodic Plan payment is amended to be $2,155.00 as of July, 2017. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

☐  B.    The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

☐  C.    Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on Jul. 6, 2017 at 11:30 AM, in 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐  D.    Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

☐  E.    The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

☐  F.    shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

☑  G.    The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Claim No. 4 of PNC Bank, Claim No. 6 of County of Allegheny .

☑  H.    Additional Terms: A Fee Application is needed if any fee (including retainer) exceeds, $4,000.00 including any fees paid to prior counsel.

The secured claim(s) of the following Creditor(s) shall govern as to prepetition arrears, and the monthly post–petition payment shall be based on allowed payment changes: Claim No. 1 I of Quicken Loans.

West Mifflin Borough RE taxes shall be paid with 10% interest; Counsel for the debtors shall inform the Trustee as to what tax years the plan is providing for.

*(2.)*   *IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.**      **Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty–eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty–eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.**      **Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.**      **Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021–1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.**      **Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.**      **Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

**(3.)   *IT IS FURTHER ORDERED THAT:***

**A.**      After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.**      Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.**      Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.**      Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.**      The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.**      In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any ***secured claim*** that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: July 6, 2017

cc:  All Parties in Interest to be served by Clerk in seven (7) days

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-20763-GLT
James N. Doman                                                      Chapter 13
Sharon A. Doman
        Debtors

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas          Page 1 of 2              Date Rcvd: Jul 06, 2017
                             Form ID: 149         Total Noticed: 29

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 08, 2017.
```
db/jdb      +James N. Doman,   Sharon A. Doman,   3207 Duquesne Ave,   West Mifflin, PA 15122-1466
cr          +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
             Pittsburgh, PA 15212-5860
cr          +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
             Pittsburgh, PA 15233-1828
14082011     CAPITAL ONE, N.A.,   C/O BECKET AND LEE LLP,   POB 3001,   MALVERN, PA 19355-0701
14006950    +COMENITY BANK/ANNTYLR,   PO Box 182789,   Columbus, OH 43218-2789
14006951    +COMENITY BANK/NWYRK&CO,   PO Box 182789,   Columbus, OH 43218-2789
14006952    +CONCORD SERVCING CORP,   4150 N Drinkwater BlvdSTE 200,   Scottsdale, AZ 85251-3643
14045709    +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
             Pittsburgh, PA 15219-6101
14006955    +Enhanced Recovery Co,   PO Box 57547,   Jacksonville, FL 32241-7547
14006956    +IC Systems Collections,   PO Box 64378,   Saint Paul, MN 55164-0378
14027377    +PNC BANK, N/A,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
14006959    +PNC Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
14047209    +Peoples Natural Gas Company LLC Equitable Division,   225 North Shore Drive,
             Pittsburgh, PA 15212-5860,   Attn: Dawn Lindner
14006961    +State Collection Service,   2509 S Stoughton,   Madison, WI 53716-3314
14006962    +THE HOME DEPOT/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
14006963    +Verizon Wireless,   500 Technology Dr,   Weldon Spring, MO 63304-2225
14026217     Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
14068346    +Wells Fargo Card Services,   1 Home Campus,   3rd Floor,   Des Moines, IA 50328-0001
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14022941     E-mail/Text: ally@ebn.phinsolutions.com Jul 07 2017 01:37:58    Ally Financial,
             PO Box 130424,   Roseville, MN 55113-0004
14006949    +E-mail/Text: ally@ebn.phinsolutions.com Jul 07 2017 01:37:58    Ally Financial,
             PO Box 380901,   Minneapolis, MN 55438-0901
14051668     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jul 07 2017 01:42:08
             American InfoSource LP as agent for,   Verizon,   PO Box 248838,
             Oklahoma City, OK  73124-8838
14006953    +E-mail/Text: bankruptcy_notifications@ccsusa.com Jul 07 2017 01:38:49
             Credit Collection Servic,   PO Box 9134,   Needham Heights, MA 02494-9134
14006954    +E-mail/Text: hariasdiaz@creditmanagementcompany.com Jul 07 2017 01:38:39
             Credit Management Company,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14068742    +E-mail/Text: DQENOTICES@BERNSTEINLAW.COM Jul 07 2017 01:38:55    Duquesne Light Company,
             c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,
             Pittsburgh, PA 15219-1945
14006957    +E-mail/Text: bnckohlsnotices@becket-lee.com Jul 07 2017 01:38:02    Kohls/Chase,
             PO Box  3115,   Milwaukee, WI 53201-3115
14006958    +E-mail/Text: bankruptcynotices@psecu.com Jul 07 2017 01:38:45    PENNSYLVANIA ST EMP C U,
             PO BOX 67013,   Harrisburg, PA 17106-7013
14068873     E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2017 01:54:40
             Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14006960    +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 07 2017 01:54:44
             Porfolio Recovery Assocaites,   120 Corporate Boulevard Suite 100,   Norfolk, VA 23502-4952
14021834    +E-mail/Text: bankruptcyteam@quickenloans.com Jul 07 2017 01:38:38    Quicken Loans Inc.,
             635 Woodward Avenue,   Detroit, MI 48226-3408
                                                                                    TOTAL: 11
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr           Allegheny County
cr           Duquesne Light Company
cr           Quicken Loans Inc.
14022942*    Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
14006964    ##+West Mifflin Borough,   3000 Lebanon Church Road,   West Mifflin, PA 15122-2603
                                                                      TOTALS: 3, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0315-2          User: dbas              Page 2 of 2          Date Rcvd: Jul 06, 2017
                              Form ID: 149            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:
          Andrew F Gornall     on behalf of Creditor    Quicken Loans Inc. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          James Warmbrodt     on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt     on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Lawrence W. Willis    on behalf of Joint Debtor Sharon A. Doman help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Debtor James N. Doman help@urfreshstrt.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;pashcroft@ecf.courtdrive.com;pghecf@bernsteinlaw.com;dschimizzi@bernste
           inlaw.com;acarr@bernsteinlaw.com;cabbott@ecf.courtdrive.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                        TOTAL: 10
```