IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-20763-GLT |
| James N. Doman, | : | |
| Sharon A. Doman | : | |
| Debtor | : | Chapter 13 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| James N. Doman, | : | |
| Sharon A. Doman | : | |
| Movant | : | |
| | : | |
| vs. | : | Document No. 79 |
| | : | |
| PNC BANK, N/A, | : | |
| Respondent | : | Hearing Date and Time: |
| | : | December 20, 2017 10:00 a.m |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| (Chapter 13 Trustee), | : | |
| Additional | : | |
| Respondent | : | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ADDITIONAL CERTIFICATE OF SERVICE

I, Lawrence Willis Attorney of the Law Firm of Willis & Associates, certify under penalty of perjury that I served or caused to be served, a copy of the above Motion for Sanctions, Exhibits, Proposed Orders and Hearing Notice herewith upon each of the following persons and parties in interest at the addresses on the attached matrix by first class mail.[*]

Executed on: November 30, 2017

Respectfully submitted,

By: /s/ Lawrence Willis Esquire
Lawrence W Willis, Esquire
PA I.D. # 85299
Willis & Associates

---

[*] Parties served by the court electronically were not served by regular mail.

201 Penn Center Blvd
Pittsburgh, PA 15235
Tel: 412.825.5170
Fax: 412.823.2375
lawrencew@urfreshstrt.com Attorney for Debtors
Fax: 412.765.1917

MATRIX OF PARTIES SERVED

Gregory B. Jordan
General Counsel & Chief Administrative Officer
  PNC Bank NA
  300 Fifth Ave
  Pittsburgh PA 15222