IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 15-20763-GLT |
| | : | Chapter: | 13 |
| James N. Doman | : | | |
| Sharon A. Doman | : | | |
| | : | Date: | 12/20/2017 |
| *Debtor(s).* | : | Time: | 10:00 |

FILED
DEC 21 2017
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

**MATTER:**   #79 - Debtor's Motion For Contempt for Violation of the Automatic Stay PNC Bank NA
              #84 - Supplemental Response by PNC Bank

**APPEARANCES:**
   Debtor:    Lawrence W. Willis
   PNC Bank:  Brett Solomon

**NOTES:**

Willis: Has not seen this sort of letter from a creditor before. Does not believe the Debtors were in default at the time the letter was sent.

Solomon: The letter is required by the CFPB regulations. The CFR says the letter must still be sent during bankruptcies. The default is not a plan default but rather a default under the contract terms.

Willis: A wage-attached Debtor has no control over how the trustee disperses payments to a creditor. The language about the right to invoke foreclosure causes a lot of stress.

Court: The opening paragraph about invoking foreclosure is concerning.

Solomon: It's taken verbatim from the appendix to the regulation.

Pail: The Bankruptcy Code would trump the regulations. Also, this plan is being paid per contract.

Court: Is this a rental property and not the residence?

Willis: Yes. The Debtors weren't panicked about losing their home but rather their rental property. No communication with counsel for the creditor prior to filing the motion.

Solomon: To the extent the Court determines sanctions are warranted, requests an evidentiary hearing to determine damages.

**OUTCOME:**

1. The Motion for Contempt [Dkt. No. 79] is taken under advisement. (Chambers to prepare.)

**DATED:** 12/20/2017