## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 15-20763-GLT |
| | : | |
| James N. Doman, | : | Chapter 13 |
| Sharon A. Doman, | : | |
|     Debtors | : | |
| | : | |
| James N. Doman, | : | Related to Doc. 86, 87 |
| Sharon A. Doman, | : | |
|     Movants | : | |
| | : | |
| Vs | : | Hearing Date and Time: |
| | : | April 4, 2018 at 1:30 PM |
| PNC BANK, N/A, | : | |
|     Respondent | : | |
| | : | |
| And | : | |
| | : | |
| Ronda J. Winnecour, Esquire | : | |
| (Chapter 13 Trustee) | : | |
|     Additional | : | |
|     Respondent | : | |

## **CERTIFICATE OF SERVICE**

    I, the undersigned, certify under penalty of perjury that I served the *Order Dated March 9, 2018 and the Motion for Status Conference* on the parties at the addresses specified below or on the attached list. The type(s) of service made on the parties first class mail, hand delivery, or facsimile):

Dated March 10, 2018                  Executed by:   /s/ Lawrence W. Willis
                                                                     Lawrence W. Willis, Esquire
                                                                     Willis & Associates
                                                                     201 Penn Center Blvd
                                                                     Pittsburgh, PA 15235
                                                                     Tel: 412.825.5170
                                                                     Fax: 412.823.2375

MATRIX

Ronda J. Winnecour, Esquire
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

James N. Doman
3207 Duquesne Ave
West Mifflin, PA 15122

PNC Bank, National Association
P.O. Box 94982
Cleveland, OH 44101

PNC Bank NA
PO Box 1397
Pittsburgh PA 15230

Brett A. Solomon Esq
Tucker Arnsberg
1500 One PPG Place
Pittsburgh, PA 15222