IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 15-20763-GLT |
| | : | Chapter: 13 |
| James N. Doman | : | |
| Sharon A. Doman | : | |
| | : | Date: 4/5/2018 |
| Debtor(s). | : | Time: 10:00 |

**FILED**
APR 05 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

## PROCEEDING MEMO

*MATTER:*
#79 - Status Conference on the Debtors' Motion for Sanctions [Dkt. No. 79] Against PNC Bank, N.A
    #90 - Response by PNC Bank

*APPEARANCES:*
        Debtor:    Lawrence W. Willis
        PNC:       Brett Solomon

*NOTES:*

Willis: Seeking an update on the outcome.

Court: The Court is preparing a memorandum opinion. There are provisions in the letter required by multiple statutes. Even if there was a stay violation, however, the letter was sent by statutory directive, and there would not be a basis for punitive damages.

Willis: Has not seen any letters since this one.

*OUTCOME:*

1. The status conference [Dkt. No. 79] is concluded. (Text Order to issue.)

**DATED:** 4/5/2018