**Form 213**

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**James N. Doman**
**Sharon A. Doman**
  Debtor(s)

Bankruptcy Case No.: 15–20763–GLT
Related to Docket No. 96
Chapter: 13
Docket No.: 97 – 96
Concil. Conf.: July 19, 2018 at 09:00 AM

## ORDER

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **May 29, 2018,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

### OR

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **June 22, 2018,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **July 19, 2018** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at 3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: April 13, 2018

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                 Case No. 15-20763-GLT
James N. Doman                                                         Chapter 13
Sharon A. Doman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: ctak          Page 1 of 2          Date Rcvd: Apr 13, 2018
                             Form ID: 213         Total Noticed: 33


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 15, 2018.
db/jdb          +James N. Doman,   Sharon A. Doman,   3207 Duquesne Ave,   West Mifflin, PA 15122-1466
cr              +Equitable Gas Bankruptcy Department,   Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr              +PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH 44101-4982
cr              +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14082011         CAPITAL ONE, N.A.,   C/O BECKET AND LEE LLP,   POB 3001,   MALVERN, PA 19355-0701
14006950        +COMENITY BANK/ANNTYLR,   PO Box 182789,   Columbus, OH 43218-2789
14006951        +COMENITY BANK/NWYRK&CO,   PO Box 182789,   Columbus, OH 43218-2789
14006952        +CONCORD SERVCING CORP,   4150 N Drinkwater BlvdSTE 200,   Scottsdale, AZ 85251-3643
14045709        +County of Allegheny,   c/o Goehring Rutter & Boehm,   437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14006955        +Enhanced Recovery Co,   PO Box 57547,   Jacksonville, FL 32241-7547
14006956        +IC Systems Collections,   PO Box 64378,   Saint Paul, MN 55164-0378
14027377        +PNC BANK, N/A,   P O BOX 94982,   CLEVELAND OHIO 44101-4982
14006959        +PNC Bank,   2730 Liberty Ave,   Pittsburgh, PA 15222-4747
14047209        +Peoples Natural Gas Company LLC Equitable Division,   225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,   Attn: Dawn Lindner
14006961        +State Collection Service,   2509 S Stoughton,   Madison, WI 53716-3314
14006962        +THE HOME DEPOT/CBNA,   PO BOX 6497,   Sioux Falls, SD 57117-6497
14006963        +Verizon Wireless,   500 Technology Dr,   Weldon Spring, MO 63304-2225
14026217         Wells Fargo Bank, N.A.,   PO Box 10438,   Des Moines, IA 50306-0438
14068346        +Wells Fargo Card Services,   1 Home Campus,   3rd Floor,   Des Moines, IA 50328-0001
14006964        +West Mifflin Borough,   3000 Lebanon Church Road,   West Mifflin, PA 15122-2603

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2018 01:54:56
                 PRA  Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
14022941         E-mail/Text: ally@ebn.phinsolutions.com Apr 14 2018 01:49:04    Ally Financial,
                 PO Box 130424,   Roseville, MN 55113-0004
14006949        +E-mail/Text: ally@ebn.phinsolutions.com Apr 14 2018 01:49:04    Ally Financial,
                 PO Box 380901,   Minneapolis, MN 55438-0901
14051668         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Apr 14 2018 01:54:44
                 American InfoSource LP as agent for,   Verizon,   PO Box 248838,
                 Oklahoma City, OK  73124-8838
14006953        +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 14 2018 01:50:34
                 Credit Collection Servic,   PO Box 9134,   Needham Heights, MA 02494-9134
14006954        +E-mail/Text: abovay@creditmanagementcompany.com Apr 14 2018 01:50:13
                 Credit Management Company,   2121 Noblestown Rd,   Pittsburgh, PA 15205-3956
14068742        +E-mail/Text: kburkley@bernsteinlaw.com Apr 14 2018 01:50:31    Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14006957        +E-mail/Text: bnckohlsnotices@becket-lee.com Apr 14 2018 01:49:12     Kohls/Chase,
                 PO Box  3115,   Milwaukee, WI 53201-3115
14006958        +E-mail/Text: bankruptcynotices@psecu.com Apr 14 2018 01:50:19    PENNSYLVANIA ST EMP C U,
                 PO BOX 67013,   Harrisburg, PA 17106-7013
14657872         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2018 01:54:31
                 Portfolio Recovery Associates, LLC,   PO BOX 41067,   Norfolk, VA 23541
14068873         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2018 01:54:35
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
14006960        +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 14 2018 01:54:56
                 Porfolio Recovery Assocaites,   120 Corporate Boulevard Suite 100,   Norfolk, VA 23502-4952
14021834        +E-mail/Text: bankruptcyteam@quickenloans.com Apr 14 2018 01:50:11    Quicken Loans Inc.,
                 635 Woodward Avenue,   Detroit, MI 48226-3408
14006963        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Apr 14 2018 01:49:02
                 Verizon Wireless,   500 Technology Dr,   Weldon Spring, MO 63304-2225
                                                                                  TOTAL: 14


        ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               Allegheny County
cr               Duquesne Light Company
cr               Quicken Loans Inc.
14022942*        Ally Financial,   PO Box 130424,   Roseville, MN 55113-0004
                                                                   TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: ctak           Page 2 of 2           Date Rcvd: Apr 13, 2018
                              Form ID: 213          Total Noticed: 33
```

              ***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 13, 2018 at the address(es) listed below:
          Andrew F Gornall    on behalf of Creditor    Quicken Loans Inc. agornall@goldbecklaw.com,
           bkgroup@goldbecklaw.com;bkgroup@kmllawgroup.com
          Brett A. Solomon    on behalf of Creditor    PNC Bank, N.A. bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James  Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,  cnoroski@grblaw.com
          Lawrence W. Willis    on behalf of Joint Debtor Sharon A. Doman ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Debtor James N. Doman ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                              TOTAL: 11
```