Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **James N. Doman** : | Case No. 15−20763−GLT |
| **Sharon A. Doman** : | Chapter: 13 |
| *Debtor(s)* : | |
| : | |
| : | |
| : | Related to Docket No. 96 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **The 5th of July, 2018,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)  The Clerk shall give notice to all creditors of this dismissal.

_____
Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                              Case No. 15-20763-GLT
James N. Doman                                                      Chapter 13
Sharon A. Doman
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2          User: dbas              Page 1 of 2            Date Rcvd: Jul 05, 2018
                              Form ID: 309            Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 07, 2018.
```
db/jdb         +James N. Doman,    Sharon A. Doman,    3207 Duquesne Ave,    West Mifflin, PA 15122-1466
cr             +Equitable Gas Bankruptcy Department,    Attn: Judy Gawlowski,   225 North Shore Drive 2nd Floor,
                 Pittsburgh, PA 15212-5860
cr             +PNC Bank, N.A.,    P.O. Box 94982,    Cleveland, OH 44101-4982
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14006952       +CONCORD SERVCING CORP.,    4150 N Drinkwater BlvdSTE 200,    Scottsdale, AZ 85251-3643
14045709       +County of Allegheny,    c/o Goehring Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Pittsburgh, PA 15219-6101
14027377       +PNC BANK, N/A,    P O BOX 94982,    CLEVELAND OHIO 44101-4982
14006959       +PNC Bank,    2730 Liberty Ave,    Pittsburgh, PA 15222-4747
14047209       +Peoples Natural Gas Company LLC Equitable Division,    225 North Shore Drive,
                 Pittsburgh, PA 15212-5860,    Attn: Dawn Lindner
14006961        State Collection Service,    2509 S Stoughton,    Madison, WI 53716-3314
14006964       +West Mifflin Borough,    3000 Lebanon Church Road,    West Mifflin, PA 15122-2603
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr             +EDI: PRA.COM Jul 06 2018 05:18:00      PRA Receivables Management LLC,    POB 41067,
                 Norfolk, VA 23541-1067
14022941        EDI: GMACFS.COM Jul 06 2018 05:18:00      Ally Financial,    PO Box 130424,
                 Roseville, MN 55113-0004
14006949       +EDI: GMACFS.COM Jul 06 2018 05:18:00      Ally Financial,    PO Box 380901,
                 Minneapolis, MN 55438-0901
14051668        EDI: AIS.COM Jul 06 2018 05:18:00      American InfoSource LP as agent for,    Verizon,
                 PO Box 248838,    Oklahoma City, OK 73124-8838
14082011        EDI: BL-BECKET.COM Jul 06 2018 05:18:00      CAPITAL ONE, N.A.,    C/O BECKET AND LEE LLP,
                 POB 3001,    MALVERN, PA 19355-0701
14006950       +EDI: WFNNB.COM Jul 06 2018 05:18:00      COMENITY BANK/ANNTYLR,    PO Box 182789,
                 Columbus, OH 43218-2789
14006951       +EDI: WFNNB.COM Jul 06 2018 05:18:00      COMENITY BANK/NWYRK&CO,    PO Box 182789,
                 Columbus, OH 43218-2789
14006953       +EDI: CCS.COM Jul 06 2018 05:18:00      Credit Collection Servic,    PO Box 9134,
                 Needham Heights, MA 02494-9134
14006954       +E-mail/Text: abovay@creditmanagementcompany.com Jul 06 2018 01:17:35
                 Credit Management Company,    2121 Noblestown Rd,    Pittsburgh, PA 15205-3956
14068742       +E-mail/Text: kburkley@bernsteinlaw.com Jul 06 2018 01:17:39      Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14006955       +E-mail/Text: bknotice@ercbpo.com Jul 06 2018 01:17:30      Enhanced Recovery Co,    PO Box 57547,
                 Jacksonville, FL 32241-7547
14006956       +EDI: IIC9.COM Jul 06 2018 05:18:00      IC Systems Collections,    PO Box 64378,
                 Saint Paul, MN 55164-0378
14006957       +EDI: CBSKOHLS.COM Jul 06 2018 05:18:00      Kohls/Chase,    PO Box 3115,
                 Milwaukee, WI 53201-3115
14006958       +E-mail/Text: bankruptcynotices@psecu.com Jul 06 2018 01:17:37      PENNSYLVANIA ST EMP C U,
                 PO BOX 67013,    Harrisburg, PA 17106-7013
14657872        EDI: PRA.COM Jul 06 2018 05:18:00      Portfolio Recovery Associates, LLC,    PO BOX 41067,
                 Norfolk, VA 23541
14068873        EDI: PRA.COM Jul 06 2018 05:18:00      Portfolio Recovery Associates, LLC,    POB 12914,
                 Norfolk VA 23541
14006960       +EDI: PRA.COM Jul 06 2018 05:18:00      Porfolio Recovery Assocaites,
                 120 Corporate Boulevard Suite 100,    Norfolk, VA 23502-4952
14021834       +E-mail/Text: bankruptcyteam@quickenloans.com Jul 06 2018 01:17:34      Quicken Loans Inc.,
                 635 Woodward Avenue,    Detroit, MI 48226-3408
14006962       +EDI: CITICORP.COM Jul 06 2018 05:18:00      THE HOME DEPOT/CBNA,    PO BOX 6497,
                 Sioux Falls, SD 57117-6497
14006963       +EDI: VERIZONCOMB.COM Jul 06 2018 05:18:00      Verizon Wireless,    500 Technology Dr,
                 Weldon Spring, MO 63304-2225
14026217        EDI: WFFC.COM Jul 06 2018 05:18:00      Wells Fargo Bank, N.A.,    PO Box 10438,
                 Des Moines, IA 50306-0438
14068346       +EDI: WFFC.COM Jul 06 2018 05:18:00      Wells Fargo Card Services,    1 Home Campus,    3rd Floor,
                 Des Moines, IA 50328-0001
                                                                                              TOTAL: 22
```

```
               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Allegheny County
cr              Duquesne Light Company
cr              Quicken Loans Inc.
```

```
District/off: 0315-2           User: dbas              Page 2 of 2            Date Rcvd: Jul 05, 2018
                               Form ID: 309            Total Noticed: 33

14022942*         Ally Financial,    PO Box 130424,    Roseville, MN 55113-0004
                                                                                       TOTALS: 3, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 07, 2018                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 5, 2018 at the address(es) listed below:

```
          Andrew F Gornall    on behalf of Creditor    Quicken Loans Inc. andygornall@latouflawfirm.com
          Brett A. Solomon    on behalf of Creditor    PNC Bank, N.A. bsolomon@tuckerlaw.com,
           agilbert@tuckerlaw.com;cabbott@tuckerlaw.com;dparanay@tuckerlaw.com
          James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor    Allegheny County jhunt@grblaw.com,   cnoroski@grblaw.com
          Lawrence W. Willis    on behalf of Joint Debtor Sharon A. Doman ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Lawrence W. Willis    on behalf of Debtor James N. Doman ecf@westernpabankruptcy.com,
           urfreshstrt@gmail.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor    Equitable Gas Bankruptcy Department sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```