### UNITED STATES BANKRUPTCY COURT
### WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

JAMES N. DOMAN
SHARON A. DOMAN
      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:15-20763 GLT

Document No.:

---

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1.  The case was filed on 03/06/2015  and confirmed on 06/11/2015 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 57,534.00 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 57,534.00 |

| Administrative Fees | | |
|---|---:|---:|
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 3,390.00 | |
| Trustee Fee | 2,356.54 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,746.54 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
| QUICKEN LOANS INC | 0.00 | 18,721.40 | 0.00 | 18,721.40 |
| Acct: 1917 | | | | |
| PNC BANK NA | 0.00 | 10,331.85 | 0.00 | 10,331.85 |
| Acct: 2464 | | | | |
| QUICKEN LOANS INC | 563.76 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXX3/15 | | | | |
| PNC BANK NA | 631.23 | 0.00 | 0.00 | 0.00 |
| Acct: 2464 | | | | |
| WEST MIFFLIN BOROUGH (RE) | 7,816.36 | 0.00 | 1,469.62 | 1,469.62 |
| Acct: 1008 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 682.52 | 0.00 | 171.20 | 171.20 |
| Acct: XXXXXXXXXXXXX3,15 | | | | |
| COUNTY OF ALLEGHENY (R/E TAX)* | 376.89 | 0.00 | 0.00 | 0.00 |
| Acct: XXXXXXXXXXXXXXXXXXNON% | | | | |
| PRA RECEIVABLES MANAGEMENT LLC - A | 19,550.75 | 10,757.02 | 1,901.08 | 12,658.10 |
| Acct: 2944 | | | | |
| PNC BANK NA | 12,628.53 | 7,215.72 | 1,214.56 | 8,430.28 |
| Acct: 4992 | | | | |

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | | | | | 51,782.45 |

### Priority

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | LAWRENCE W WILLIS ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | JAMES N. DOMAN<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | WILLIS & ASSOCIATES<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | LAWRENCE W WILLIS ESQ<br>Acct: | 3,390.00 | 3,390.00 | 0.00 | 0.00 |
| | LAWRENCE W WILLIS ESQ<br>Acct: | 1,500.00 | 0.00 | 0.00 | 0.00 |
| | PEOPLES NATURAL GAS CO LLC*<br>Acct: 4248 | 0.00 | 5.01 | 0.00 | 5.01 |
| | QUICKEN LOANS INC<br>Acct: 1917 | 800.00 | 0.00 | 0.00 | 0.00 |
| | | | | | 5.01 |

### Unsecured

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| | DUQUESNE LIGHT COMPANY*<br>Acct: 9444 | 272.99 | 0.00 | 0.00 | 0.00 |
| | CREDIT COLLECTION SERVICES<br>Acct: 9350 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CREDIT MANAGEMENT CO<br>Acct: 7019 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ENHANCED RECOVERY COMPANY<br>Acct: 0399 | 0.00 | 0.00 | 0.00 | 0.00 |
| | I.C. SYSTEMS INC.<br>Acct: 0951 | 0.00 | 0.00 | 0.00 | 0.00 |
| | CAPITAL ONE NA**<br>Acct: 3511 | 670.40 | 0.00 | 0.00 | 0.00 |
| | PA STATE EMPLOYEES CU/PSECU<br>Acct: 2227 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 4654 | 268.93 | 0.00 | 0.00 | 0.00 |
| | STATE COLLECTION SERVICE INC<br>Acct: 2942 | 0.00 | 0.00 | 0.00 | 0.00 |
| | PRA/PORTFOLIO RECOVERY ASSOC<br>Acct: 2265 | 1,957.83 | 0.00 | 0.00 | 0.00 |
| | AMERICAN INFOSOURCE LP AGENT FOR \<br>Acct: 0001 | 1,370.26 | 0.00 | 0.00 | 0.00 |
| | WELLS FARGO FINANCIAL NATIONAL BAN<br>Acct: 3566 | 4,061.45 | 0.00 | 0.00 | 0.00 |
| | PEOPLES NATURAL GAS CO LLC - EQUITA<br>Acct: XXXXXXXXXX0026 | 693.77 | 0.00 | 0.00 | 0.00 |
| | JEFFREY R HUNT ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

* * * N O N E * * *

| | | | | | |
|---|---|---|---|---|---|
| TOTAL PAID TO CREDITORS | | | | | 51,787.46 |

15-20763 GLT               **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**               Page 3 of 3

TOTAL CLAIMED
PRIORITY                800.00
SECURED              42,250.04
UNSECURED             9.295.63


Date: 08/01/2018                                    /s/ Ronda J. Winnecour

                                                    RONDA J WINNECOUR PA ID #30399
                                                    CHAPTER 13 TRUSTEE WD PA
                                                    600 GRANT STREET
                                                    SUITE 3250 US STEEL TWR
                                                    PITTSBURGH, PA  15219
                                                    (412) 471-5566
                                                    cmecf@chapter13trusteewdpa.com